RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Julio Cesar Hernandez-Arevalo

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-000810-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (First Request) |
| JULIO CESAR HERNANDEZ-AREVALO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Julio Cesar Hernandez-Arevalo, that the Preliminary Hearing currently scheduled on March 5, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The defendant needs additional time to prepare for the hearing and retain counsel.

2.      The defendant was not detained on this case and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the first request to continue the Preliminary Hearing.

DATED February 20, 2026.

RENE L. VALLADARES                        TODD BLANCHE
Federal Public Defender                   Deputy Attorney General


By /s/ *Keisha K. Matthews*                By /s/ *Clay Plummer*
KEISHA K. MATTHEWS                        CLAY PLUMMER
Assistant Federal Public Defender         Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

       Plaintiff,

    v.

JULIO CESAR HERNANDEZ-AREVALO,

       Defendant.

Case No. 2:25-mj-000810-BNW

**ORDER**

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled for March 5, 2026 at 4:00 p.m., be vacated and continued to June 3, 2026 at the hour of 4:00 p.m.

DATED this 23 day of February 2026.

_____
UNITED STATES MAGISTRATE JUDGE